**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-6656**

THOMAS MARVIN FAIR, JR.,

Plaintiff - Appellant,

v.

JON E. OZMINT, Director for the South Carolina Department of
Corrections; ROBERT E. WARD, Division Director of Operations for
the South Carolina Department of Corrections; JAMES E. SLIGH,
JR., Operations Coordinator of the South Carolina Department of
Corrections and the rest of the Prison Rape Elimination Act
Review Committee et al; ANTHONY J. PADULA, Warden of Lee
Correctional Institution; C. YORK, Classification Caseworker at
Lee Correctional Institution; BRUCE OBERMAN, Special Management
Unit Administrator at Lee Correctional Institution; ANTHONY
DAVIS, Lieutenant at Lee Correctional Institution; R. HILTON,
Classification Caseworker at Lee Correctional Institution all in
their individual and official capacities,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Greenville.   Richard Mark Gergel, District
Judge.  (6:10-cv-01268-RMG)

Submitted:  September 29, 2011        Decided:  October 5, 2011

Before KING, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Thomas Marvin Fair, Jr., Appellant Pro Se.  Samuel F. Arthur, III, AIKEN, BRIDGES, NUNN, ELLIOTT & TYLER, PA, Florence, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Marvin Fair, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Fair v. Ozmint, No. 6:10-cv-01268-RMG (D.S.C. May 2, 2011). We deny Fair's motion for appointment of counsel and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED